FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 18 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC formerly know as
SWIFT TRANSPORTATION CO., INC.,
and LEXINGTON INSURANCE COMPANY           PLAINTIFFS

CASE NO. 4:10-CV-1516

This case assigned to District Judge Holmes
and to Magistrate Judge Ray

ALFRED F. ANGULO, JR., and
BARRETT AND DEACON, P.A.                   DEFENDANTS

## COMPLAINT

Plaintiffs, for their complaint against defendants, state:

1. Plaintiff Swift Transportation Co. of Arizona, LLC ("Swift") is a limited liability corporation organized under the laws of the state of Delaware with its principal place of business in Arizona. It was formerly known as Swift transportation Co., Inc.

2. Plaintiff Lexington Insurance Company ("Lexington") is a corporation organized under the laws of the State of Delaware with its principal place of business in Massachusetts.

3. Defendant Alfred F. Angulo, Jr. is a citizen and resident of Arkansas. At all relevant times, he was a partner, associate, or employee of defendant Barrett and Deacon, P.A. All acts and conduct of defendant Angulo complained of herein were in the course and scope of his agency with defendant Barrett and Deacon, P.A. Barrett and Deacon, P.A. is therefore vicariously liable for the acts and conduct of defendant Angulo.

4. Defendant Barrett and Deacon, P.A. is a law firm. It has offices in and does business in the Eastern District of Arkansas.

5. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

6. In 2005, plaintiff Swift was sued in the Circuit Court of Drew County, Arkansas

by Joseph Turner. Turner contended that a truck owned by Swift and operated by a Swift employee negligently caused an accident in which Turner was injured.

7. Lexington was, at all relevant times, Swift's insurer.

8. Defendant Angulo is an attorney. He, along with Barrett and Deacon, P.A., was retained to defend Swift and to protect the interests of Lexington in the Turner lawsuit.

9. The Turner case was tried to a jury in May, 2008. The jury returned a verdict against Swift in the amount of $6 million. A judgment in that amount was entered against Swift on May 28, 2008. Plaintiffs appealed, but the appeal was dismissed due to the lack of a final order. An amended judgment was entered in the case on December 9, 2009, which included a certificate under Rule 54(b) of the Arkansas Rules of Civil Procedure certifying that the judgment was final for appeal purposes.

10. Plaintiffs determined to appeal the amended judgment and directed defendants to do so. Defendant Angulo received a file marked copy of the amended judgment on or about December 14, 2009. He failed to file a notice of appeal within thirty days of entry of the judgment. He also failed to send a copy of the judgment to appellate counsel for plaintiffs and failed to notify appellate counsel that the judgment had been entered.

11. Defendants were negligent in failing to file a notice of appeal from the amended judgment within 30 days of entry of judgment, in failing to notify plaintiffs' appellant counsel that the judgment had been entered, and in failing to send a copy of the amended judgment to appellant counsel.

12. Defendants' negligence was the proximate cause of plaintiffs' damages. If a timely notice of appeal from the amended judgment had been filed, plaintiffs would have prevailed on appeal. The amended judgment would either have been reversed and dismissed

because the verdict was not supported by substantial evidence, or it would have been reversed and remanded for a new trial because of legal errors made by the trial court. If the case had been reversed and remanded for a new trial, plaintiff would have prevailed in that trial.

13. Plaintiffs demand a trial by jury.

WHEREFORE, plaintiffs pray judgment against defendants, jointly and severally, for an amount in excess of $75,000, for their cost and all other proper relief.

Respectfully submitted,

*[signature]*

Timothy O. Dudley, Ark. Bar No. 82055
Danny Crabtree
Attorneys for Plaintiff
114 South Pulaski Street
Little Rock, Arkansas 72201
(501) 372-0080

TODudley@swbell.net