IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC formerly known as SWIFT TRANSPORTATION CO., INC., and LEXINGTON INSURANCE CO., | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:10CV01516 SWW |
| ALFRED F. ANGULO, JR., and BARRETT AND DEACON, P.A., | * * * | |
| Defendants. | * * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiffs' complaint is dismissed with prejudice. Each side will be its own fees and costs.

DATED this 5th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE